# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RASHEEN JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-730-WDS ) |
| HARLEY G. LAPPIN, *et al.*, | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**STIEHL , District Judge:**

Plaintiff, a prisoner proceeding *pro se*, has filed an Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915 together with a civil action pursuant to 42 U.S.C. § 1983. However, Plaintiff has not submitted a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint as required by § 1915(a)(1).

Plaintiff has attached an "Authorization" form requesting the agency holding him to send a certified copy of his prison trust fund account statement to the "Clerk of Court, United States District Court for the Middle District of Pennsylvania," but the instant action was filed in this Court - the Southern District of Illinois. A request to send the account statement to the Middle District of Pennsylvania is unlikely to result in the account statement being received in this Court.

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff is **ADVISED** that in the

1

event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should Plaintiff fail to comply with this order, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED**.

**DATED: October 21, 2008.**

                                        **s/ WILLIAM D. STIEHL**
                                            **DISTRICT JUDGE**